# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**BMO HARRIS BANK N.A.**                                                    **PLAINTIFF**

**v.**                       Case No. 2:17-cv-00149-KGB

**RICHLAND EXPRESS, INC.,**
**and FRED WEATHERLY**                                                      **DEFENDANTS**

## DEFAULT JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered against defendants Richland Express, Inc. ("Richland"), and Fred Weatherly in the amount of $472,534.81, consisting of the principal amount of $402,244.66 and accrued and unpaid interest in the amount of $10,428.23 as of December 6, 2017, and interest in the amount of $55,452.64 as of September 28, 2018, based on interest that accrued on the principal amount at the rate of $187.34 per day from December 6, 2017, to September 28, 2018, as well as $4,000.00 in attorneys' fees and $409.28 in costs. Pursuant to 28 U.S.C. § 1961, Richland and Mr. Weatherly are ordered to pay post judgment interest at a rate of 2.58% per year until judgment is paid in full

So ordered this 28th day of September, 2018.

_____
Kristine G. Baker
United States District Judge